```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BRU VENTURE CAPITAL HF.,

                                        Plaintiff,                    08 Civ. 1811 (PKC)

                -against-
                                                                     ORDER

DIGITAL CREATIVE DEVELOPMENT
CORPORATION, et al.,

                                        Defendants.
-------------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

                Plaintiffs Bru Venture Capital hf., a corporation, brought this action against a

corporation, a limited liability company ("LLC") and a Limited Partnership ("LP") invoking

subject matter jurisdiction by reason of diversity of citizenship, 28 U.S.C. § 1332.  With re-

spect to the LLC and the LP, plaintiff must allege the citizenship of natural persons who are

members of the LLC and LP and the place of incorporation and principal place of business of

any corporate entities who are members of the LLC and LP.  See Handelsman v. Bedford

Village Associates Ltd. Partnership, 213 F.3d 48, 51-52 (2d Cir. 2000), citing Cosgrove v.

Bartolotta, 150 F.3d 729, 731 (7th Cir.1998); Strother v. Harte, 171 F.Supp. 2d 203, 205

(S.D.N.Y. 2001) ("For purposes of diversity jurisdiction, a limited liability company has the

citizenship of each of its members.").  By March 14, 2008, plaintiff shall amend its complaint

to allege the citizenship of each constituent person or entity.  If plaintiff is unable to amend

by the foregoing date to truthfully allege complete diversity based upon the citizenship of

each constituent person or entity of the LLC and LP, then the complaint will be dismissed for

lack of subject matter jurisdiction.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: February 27, 2008
New York, New York