LEVY DAVIS & MAHER, LLP
Jonathan A. Bernstein (JB 4053)
Attorneys for Plaintiffs
880 Third Avenue
New York, NY  10022
Tel: 212-371-0033

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
BRU VENTURE CAPITAL HF

                      Plaintiff,                               08 Civ. 01811 (PKC) (MHD)

     -against-                                       **NOTICE OF**
                                                                  **APPEARANCE**

DIGITAL CREATIVE DEVELOPMENT
CORPORATION, GH VENTURES, L.L.C., and
STRATEGIC TURNAROUND EQUITY
PARTNERS, LP (CAYMAN)

                      Defendants.
-------------------------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

     Enter my appearance as counsel in this case for Bru Venture Capital hf.

Dated: New York, New York
         February 27, 2008

                                                         LEVY DAVIS & MAHER, LLP

                                      By:    /s/_____
                                               Jonathan A. Bernstein (JB 4053)
                                               Attorneys for Plaintiff
                                             880 Third Avenue
                                             New York, New York 10022
                                             (212) 371-0033