BLUESTONE LAW, LTD.
Minh Ngoc Nguyen (MN 8607)
4405 East-West Highway, Suite 402
Bethesda, MD  20814
Tel: 301-656-0230

LEVY DAVIS & MAHER, LLP
Jonathan A. Bernstein (JB 4053)
Attorneys for Plaintiff
880 Third Avenue
New York, New York 10022
(212) 371-0033

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

| | | |
|---|---|---|
| BRU VENTURE CAPITAL HF, | : | |
| | : | |
| Plaintiff, | : | 08 Civ. 01811 (PKC) |
| | : | |
| - against - | : | **NOTICE OF VOLUNTARY** |
| | : | **DISMISSAL PURSUANT TO** |
| DIGITAL CREATIVE DEVELOPMENT | : | **FED. R. CIV. PRO. 41(a)(1)(i)** |
| CORPORATION, GH VENTURES, L.L.C., and | : | |
| STRATEGIC TURNAROUND EQUITY | : | |
| PARTNERS, LP (CAYMAN) | : | |
| | : | |
| Defendants. | : | |

------------------------------------x

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(i), plaintiff hereby dismisses the above-referenced action without prejudice.

                               LEVY DAVIS & MAHER, LLP


                               By:___/s/_____

                               Jonathan A. Bernstein (JB 4053)
                               Attorneys for Plaintiff
                               880 Third Avenue, 9th Floor
                               New York, New York 10022
                               (212) 371-0033