BLUESTONE LAW, LTD.
Minh Ngoc Nguyen (MN 8607)
4405 East-West Highway, Suite 402
Bethesda, MD 20814
Tel: 301-656-0230

LEVY DAVIS & MAHER, LLP
Jonathan A. Bernstein (JB 4053)
Attorneys for Plaintiff
880 Third Avenue
New York, New York 10022
(212) 371-0033

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

SO ORDERED
[signature]
USDJ
3-18-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BRU VENTURE CAPITAL HF,

                    Plaintiff,

   - against -

DIGITAL CREATIVE DEVELOPMENT
CORPORATION, GH VENTURES, L.L.C., and
STRATEGIC TURNAROUND EQUITY
PARTNERS, LP (CAYMAN)

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. 01811 (PKC)

**NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
FED. R. CIV. PRO. 41(a)(1)(i)**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(i), plaintiff hereby dismisses the above-referenced action without prejudice.

Dated: New York, New York
       March 18, 2008

                              LEVY DAVIS & MAHER, LLP

                       By: [signature]

                              Jonathan A. Bernstein (JB 4053)
                              Attorneys for Plaintiff
                              880 Third Avenue, 9th Floor
                              New York, New York 10022
                              (212) 371-0033